

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,551-01

**EX PARTE CESAR IVAN CHAVEZ, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. W08-64527-R (A) IN THE 265ᵀᴴ DISTRICT COURT
## FROM DALLAS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of capital murder and sentenced to life imprisonment. The Fifth Court of Appeals affirmed his conviction. *Chavez v. State*, No. 05-10-00132-CR (Tex. App.—Dallas May 31, 2011)(not designated for publication).

On June 18, 2014, a timely order designating issues was signed by the trial court. It appears that the trial court wished to obtain affidavits and responses before making findings and a recommendation to this Court. We remand this application to the 265ᵗʰ District Court of Dallas County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and

conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 30 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 60 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: January 14, 2015
Do not publish